UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WILLIE CHARLES ROSE #235893,

      Plaintiff,

                                        Case No. 1:22-cv-891

v.

                                        HONORABLE PAUL L. MALONEY

SHAWNDA COPE, et al.,

      Defendants.

_____/


## JUDGMENT

In accordance with the jury verdict returned and entered on March 26, 2026, and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters.

**IT IS SO ORDERED.**


Dated:  March 26, 2026                                    /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge